**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-4512**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ADRIAN FOWLER,

Defendant - Appellant.

———————

**No. 98-6095**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ADRIAN FOWLER,

Defendant - Appellant.

———————

Appeals from the United States District Court for the District of South Carolina, at Greenville.  G. Ross Anderson, Jr., District Judge.  (CR-95-129, CA-97-445)

———————

Submitted:  August 18, 1998      Decided:  October 23, 1998

———————

Before ERVIN, WILKINS, and NIEMEYER, Circuit Judges.

_____

No. 96-4512 affirmed and No. 98-6095 dismissed by unpublished per curiam opinion.

_____

Robert M. Simels, ROBERT M. SIMELS, P.C., New York, New York, for Appellant. J. Rene Josey, United States Attorney, Beth Drake, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Appellant Adrian Fowler appeals his convictions and sentence for various drug trafficking and money laundering offenses entered pursuant to a plea agreement (No. 96-4512) and the court's dismissal of his petition for habeas corpus relief pursuant to 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998) (No. 98-6095). Finding no reversible error, we affirm Fowler's convictions and sentence in No. 96-4512 and deny a certificate of appealability and dismiss his appeal in No. 98-6095. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

No. 96-4512, <u>AFFIRMED</u>
No. 98-6095, <u>DISMISSED</u>

2